IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VIRGINIA A. ELDER                                                                                    PLAINTIFF

       v.                              Civil No. 09-2122

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

## JUDGMENT

For reasons stated in an order entered on February 24, 2010, we hereby remand this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 14th day of June 2010.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)